David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Ahsha Pickard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSHA PICKARD,<br><br>           Plaintiff,<br><br>    vs.<br>CAROLYN W. COLVIN,<br> Acting Commissioner of Social Security,<br><br>           Defendant | Case No. 2:16-cv-01545-JAM-CMK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion for Summary Judgment and/or Remand herein is hereby extended for a period of 44 days, from January 17, 2017 to Wednesday, March 1, 2017.

//

//

//

//

Pickard v. COSS, Case 2:16-cv-01545-JAM-CMK, Stipulation and Order Extending

Plaintiff's Time to File Her Summary Judgment Motion - 1

This extension is requested by plaintiff because of workload in the offices of Mr. Linden and Mr. Wilborn, who is assisting Mr. Linden in this matter; and an illness with which Mr. Wilborn has been dealing.

Dated: January 4, 2017        /s/ David J. Linden
                                      DAVID J. LINDEN
                                      Attorney at Law
                                      Attorney for Plaintiff


                                      PHILLIP A. TALBERT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration


Dated: January 4, 2017        by:   /s/ Scott J. Borrowman
                                      SCOTT J. BORROWMAN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      [Authorized via electronic mail 01/03/2017]


PURSUANT TO STIPULATION IT IS SO ORDERED.


Dated:  1/4/2017        /s/ John A. Mendez

                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE