David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Jin Liu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AHSHA PICKARD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　　　　Defendant | Case No. 2:16-CV-01545-JAM-CMK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion and Memorandum in Support of Motion for Summary Judgment herein is hereby extended for a period of 1 day, to Thursday, March 2, 2017.

　　　　Plaintiff's Motion was due Wednesday, March 1, pursuant to previous stipulation between the parties through counsel. Plaintiff's Motion was completed Wednesday by 6:30 PM. Plaintiff's counsel attempted to file the Motion via the Court's ECF system a minimum of ten times; each time receiving the message that the User Name and/or the Password being used were

incorrect. Plaintiff's counsel informed counsel for defendant via email at 10:40 PM of the inability to file the Motion and provided defense counsel with copies of the Motion as an attachment to the email communications. Plaintiff's counsel also submitted an After Hours Notification to the ECF HelpDesk about his inability to gain access to the ECF system to submit the Motion.

At 9:00 AM on March 2, counsel contacted the ECF Help Desk in Sacramento and confirmed that the User Name entered in the system was correct, the individual at the Help Desk could not provide information re the Password, but she provided counsel with a new Password which was used to successfully submit the aforementioned pleading on March 2.

For the foregoing reasons, plaintiff requests a one-day extension of time to March 2, 2017 to submit her Motion and Memorandum in Support of Motion for Summary Judgment herein. The Motion and Memorandum has been filed with the Court and is document #17 in the Court's Docket.

Dated: March 2, 2017                /s/ David J. Linden
                                    DAVID J. LINDEN
                                    Attorney at Law
                                    Attorney for Plaintiff


                                    PHILIP TALBERT
                                    Acting United States Attorney
                                    BOBBIE J. MONTOYA
                                    United States Attorney's Office


Dated: March 2, 2017      by:       /s/  Michael K. Marriott
                                    MICHAEL K. MARRIOTT
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    [Authorized via electronic mail 03/02/2017]

Pickard v. Berryhill, Case 2:16-cv-01545-JAM-CMK, Stipulation and Order
Extending Plaintiff's Time to File Her Motion for Summary Judgment - 2

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:  March 2, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Pickard v. Berryhill, Case 2:16-cv-01545-JAM-CMK, Stipulation and Order Extending Plaintiff's Time to File Her Motion for Summary Judgment - 3