David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Ahsha Pickard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSHA PICKARD<br><br>            Plaintiff,<br><br>  vs.<br><br><br>NANCY A. BERRYHILL,<br> Acting Commissioner of Social Security,<br><br>            Defendant | Case No. 2:16-cv-01545-JAM-CMK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Reply to Defendant's Motion for Summary Judgment is hereby extended for a period of 41 days, from Tuesday, May 23, 2017 to Monday, July 3, 2017.

//

//

//

//

Pickard v. COSS, Case 2:16-cv-01545-JAM-CMK, Stipulation and Order Extending

Plaintiff's Time to File Her Reply - 1

This extension is requested by plaintiff because of workload in the offices of Mr. Linden and Mr. Wilborn, who is assisting Mr. Linden in this matter.

Dated: May 24, 2017  /s/ David J. Linden
DAVID J. LINDEN
Attorney at Law
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

Dated: May 24, 2017  by:  /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant
[Authorized via electronic mail 05/17/2017]

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: May 24, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE