David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax.      (707) 252-7883
Email - david@lindenlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AHSHA PICKARD, | Case No.: 2:16-cv-01545-JAM-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D) |
| vs. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to

the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of ten thousand six hundred

seventy-five dollars and sixteen cents ($10,675.16) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d); 1920.


        After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of

EAJA fees to David J. Linden. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor

any such assignment will depend on whether the fees are subject to any offset allowed under the United States

Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will

determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe

a federal debt, then the government shall cause the payment of fees to be made directly to David J. Linden, pursuant

to any assignment executed by Plaintiff.   Any payments made shall be delivered to David J. Linden.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not

constitute an admission of liability on the part of Defendant.  This award is without prejudice to the rights of

Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the

EAJA.

Dated:   June 27, 2018                                    /s/ *David J. Linden*
                                                          DAVID J. LINDEN
                                                          Attorney for Plaintiff


Dated:   June 27, 2018                                    MCGREGOR SCOTT
                                                          United States Attorney

                                             By      /s/*Michael K.Marriott*
                                                          MICHAEL K. MARRIOTT
                                                          (as authorized by email on 6/27/2018)
                                                          Special Assistant US Attorney
                                                          Attorneys for Defendant



                                          ORDER

                  PURSUANT TO STIPULATION , IT IS SO ORDERED:




Dated: 6/27/2018                           /s/ John A. Mendez_____
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE